

# In the Missouri Court of Appeals
# Eastern District

MAY 3, 2016


THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).


1.      ED102605    JAMES HARRIS, APP V STATE OF MISSOURI, RES

2.      ED102699 DEVARICK THOMPSON, APP V STATE OF MISSOURI, RES

3.      ED102718 FRANK WRIGHT ET AL, APP V BI STATE DEV. ET AL, RES

4.      ED102799 T. COOK ET AL APP V IN & OUT AUTO PLAZA ET AL RES

5.      ED103041 VONCILE JONES APP V MO BAPTIST MEDICAL CENTER RES

6.      ED103113 CYNTHIA A. KANE, RES V JOHN M. KANE, JR., APP

7.      ED103183 IN THE ESTATE OF:  LOIS MAE AUSTIN

8.      ED103313 C.K., RES V N.K., APP

9.      ED103365 IN THE MATTER OF:  VIOLET M. STEINERT, DECEASED

10.    ED103576 PATRICIA HULSEY, APP V SIJ, RES